UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL ODAM, on behalf of himself and all other similarly situated,<br><br>               Plaintiff,<br><br>  -against-<br><br>ELRAC, LLC, et al.,<br><br>              Defendants. | 24-CV-02017 (LAK) (RFT)<br><br>**TELEPHONE CONFERENCE ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

      This action is scheduled for a telephonic status conference on **Thursday, March 28, 2024 at 12:00 PM.** Counsel for the parties are directed to call my Microsoft Teams conference line at the scheduled time by dialing **(646) 453-4442, Access Code: 163 056 430 #**.

DATED:  March 26, 2024
             New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge