UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Michael Odam,<br><br>    Plaintiff,<br><br> -against-<br><br>ELRAC, LLC, et al.,<br><br>    Defendants. | 24-CV-02017 (LAK)(RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

  The parties have until April 11, 2024 to advise me whether they would like to participate in early settlement talks and if so, whether, they prefer a settlement conference or a referral to the Court-annexed mediation program.

DATED: March 28, 2024
    New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge