UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL ODAM, on behalf of himself and all other similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　-against-<br><br>ELRAC, LLC, et al.,<br><br>　　　　　　Defendants. | 24-CV-02017 (LAK) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

　　For the reasons discussed at the status conference on March 28, 2024, it is ORDERED that Defendants have until **April 19, 2024** to respond to the Complaint. If Defendants move to dismiss, Plaintiff's opposition is due by **May 20, 2024**, and Defendants' reply is due by **June 2, 2024**.

DATED:　March 29, 2024
　　　　　New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge