**Ogletree Deakins**

OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.

*Attorneys at Law*

599 Lexington Ave, Fl 17
New York, New York 10022
Telephone:  212-492-2500
Facsimile:   212-492-2501
www.ogletree.com

Sarah M. Zucco
(212) 492-2092
Sarah.zucco@ogletree.com

April 16, 2024

**VIA ECF**
Hon. Judge Robyn F. Tarnofsky
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    **Michael Odam v. ELRAC, LLC et al.**
               **Case No. 1:24-cv-02017-LAK**

Dear Judge Tarnofsky:

      We represent Defendants ELRAC, LLC, Alamo Rental (US) LLC, and National Rental (US) LLC (collectively, "Defendants") in the above-referenced action. The parties requested to participate in the Court's Mediation Program, and the Court so-ordered the case to be referred to the Court's Mediation Program on April 12, 2024. In an effort to conserve resources while the parties attempt to reach an early resolution of this action, Defendants, with Plaintiff's consent, respectfully request a stay on Defendants' time to answer, move, or otherwise respond to the Complaint from April 19, 2024 until 14 days after the first mediation session is held. The request for a stay on Defendants' response to Plaintiff's Complaint does not interfere with the status report due within 7 days after the first mediation session.

      This is Defendants' first request for a stay of Defendants' time to answer, move, or otherwise respond to the Complaint. Defendants' previously requested an extension of time to respond to Plaintiff's Complaint on March 20, 2024, which was granted on March 22, 2024.

      Thank you for Your Honor's consideration of this request.

---

Application GRANTED, insofar as Defendants shall have until the earlier of 14 days after the first mediation session or June 15, 2024 to respond to the Complaint.

Dated: April 16, 2024
      New York, NY

SO ORDERED

*/s/ Robyn F. Tarnofsky*

ROBYN F. TARNOFSKY
UNITED STATES MAGISTRATE JUDGE

---

Atlanta ▪ Austin ▪ Berlin (Germany) ▪ Birmingham ▪ Boston ▪ Charleston ▪ Charlotte ▪ Chicago ▪ Cleveland ▪ Columbia ▪ Columbus ▪ Dallas ▪ Denver ▪ Detroit Metro ▪ Greenville ▪ Houston
Indianapolis ▪ Kansas City ▪ Las Vegas ▪ London (England) ▪ Los Angeles ▪ Memphis ▪ Mexico City (Mexico) ▪ Miami ▪ Milwaukee ▪ Minneapolis ▪ Montréal (Canada) ▪ Morristown
Nashville ▪ New Orleans ▪ New York City ▪ Oklahoma City ▪ Orange County ▪ Paris (France) ▪ Philadelphia ▪ Phoenix ▪ Pittsburgh ▪ Portland, ME ▪ Portland, OR ▪ Raleigh ▪ Richmond
St. Louis ▪ St. Thomas ▪ Sacramento ▪ Salt Lake City ▪ San Antonio ▪ San Diego ▪ San Francisco ▪ Seattle ▪ Stamford ▪ Tampa ▪ Toronto (Canada) ▪ Torrance ▪ Tucson ▪ Washington

April 16, 2024
Page 2

        Respectfully submitted,

        Sarah M. Zucco
        Kelly Cardin