UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Michael Odam, <br><br>         Plaintiff, <br><br>   -against- <br><br> ELRAC, LLC, et al., <br><br>         Defendants. | 24-CV-02017 (LAK)(RFT) <br><br> **ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

The parties were directed to complete the Report of Rule 26(f) Meeting and Proposed Case Management Plan, available at https://nysd.uscourts.gov/hon-robyn-f-tarnofsky, and file it on the docket by July 16, 2024. The parties have not complied. I am sua sponte extending the deadline nunc pro tunc until **5:00 PM on July 19, 2024**. The Proposed Case Management Plan shall include a proposed schedule for briefing the anticipated motion for class certification.

DATED:  July 17, 2024
      New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge