

**Littler Mendelson, P.C.**
900 Third Avenue
New York, NY  10022.3298


Kelly M. Cardin
212.471.4420 direct
212.583.9600 main
kcardin@littler.com

July 19, 2024

<div style="border: 1px solid red">

The parties' belated request for an extension of time to file a proposed case management order fails to comply with my individual rules and seeks a new deadline that comes after the scheduled initial case management conference. As a courtesy, I will grant the request and move the initial case management conference to **August 5, 2024 at 12:00 PM**.

By **July 26, 2024**, the parties shall file the proposed case management plan

No further extensions of the deadline for filing a proposed case management order will be granted absent very good cause shown.

Dated: July 22, 2024        SO ORDERED
        New York, NY
        _____
        ROBYN F. TARNOFSKY
        UNITED STATES MAGISTRATE JUDGE

</div>

**Via ECF**

Hon. Judge Robyn F. Tarnofsky
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re:    Michael Odam v. ELRAC, LLC et al.
        Case No. 1:24-cv-02017-LAK**

Dear Judge Tarnofsky:

We represent Defendants ELRAC, LLC, Alamo Rental (US) LLC, and National Rental (US) LLC (collectively, "Defendants") in the above-referenced action. The Parties respectfully request a one-week extension of time, until July 26, 2024, to file the case management plan. The parties are currently discussing the filing of an amended complaint in this matter and request additional time to confer.

Thank you for Your Honor's consideration of this request.

Respectfully submitted,

LITTLER MENDELSON P.C.


/s/ *Kelly Cardin*
Kelly Cardin

cc:    All counsel of record *(via ECF)*

littler.com