UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL ODAM,<br><br>                Plaintiff,<br><br>-against-<br><br>ELRAC, LLC, et al.,<br><br>                Defendants. | 24-CV-2017 (LAK) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Plaintiff has until **August 20, 2024** to file an amended complaint. By **September 6, 2024**, Defendants shall file a letter addressing whether this Court continues to have subject matter jurisdiction in light of that amended complaint. Plaintiff shall file a responsive letter by **September 13, 2024**, and Defendants shall file a letter in reply, if any, by **September 17, 2024**. The motion for sanctions is denied for the reasons set forth at the conference.

The Clerk of Court is respectfully requested to terminate ECF 41.

DATED:  August 5, 2024
              New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge