UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL ODAM, on behalf of himself and all other similarly situated,<br><br>        Plaintiff,<br><br>  -against-<br><br>ELRAC, LLC, et al.,<br><br>        Defendants. | 24-CV-02017 (LAK) (RFT)<br><br>**TELEPHONE CONFERENCE ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

    This action is scheduled for a telephonic status conference, on **Monday, November 18, 2024 at 10:30 AM**, to address whether this Court continues to have subject matter jurisdiction and, if so, a briefing schedule on Defendants' motion to dismiss (*see* ECF 69, 70).

    Counsel for the parties are directed to call my conference line at the scheduled time by dialing **(646) 453-4442, Access Code: 865 604 227 #**.

DATED:  November 13, 2024
             New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge