UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Michael Odam,<br><br>    Plaintiff,<br><br>-against-<br><br>ELRAC, LLC, et al.,<br><br>    Defendants. | 24CV2017 (LAK) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

  If Defendants choose to withdraw their pending motion to dismiss the operative complaint without prejudice to refiling at a later date, they shall do so by **December 17, 2024.** Plaintiff's motion for remand shall be filed by **December 20, 2024**; Defendants' opposition shall by filed by **January 21, 2025**; and Plaintiff's reply in further support of the motion for remand shall be filed by **February 4, 2025**. Defendants' time to respond to the complaint is extended until 30 days after a decision on the anticipated motion to remand.

DATED: November 18, 2024
     New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge