

**Littler Mendelson, P.C.**
900 Third Avenue
New York, NY  10022.3298

Kelly M. Cardin
212.471.4420 direct
212.583.9600 main
kcardin@littler.com

December 16, 2024

> The Clerk of Court is respectfully requested to terminate ECF 69.
>
> Date: 12/16/2024
> New York, NY
>
> **SO ORDERED**
>
> /s/ Robyn F. Tarnofsky
> ROBYN F. TARNOFSKY
> UNITED STATES MAGISTRATE JUDGE

**VIA ECF**

Hon. Judge Robyn F. Tarnofsky
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:     Michael Odam v. ELRAC, LLC et al.
        Case No. 1:24-cv-02017-LAK

Dear Judge Tarnofsky:

We represent Defendants ELRAC, LLC, Alamo Rental (US) LLC, and National Rental (US) LLC (collectively, "Defendants") in the above-referenced action. We write to inform the Court that Defendants are withdrawing, without prejudice to refiling, their pending motion to dismiss Plaintiff's Amended Complaint, filed on November 4, 2024. Defendants understand that pursuant to the Court's November 18, 2024 Order, they may refile their motion to dismiss at a later date.

Thank you for Your Honor's time and consideration.

Respectfully submitted,

LITTLER MENDELSON P.C.

*/s/ Kelly M. Cardin*
Kelly M. Cardin

cc:     All counsel of record *(via ECF)*

4899-8815-3349.1 / 125430-1001