UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
MICHAEL ODAM.

                Plaintiff

      -against-                          24-cv-2017 (LAK)

ELRAC, LLC, et al.,,

                Defendants
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/11/25

## ORDER

LEWIS A. KAPLAN, *District Judge.*

      Plaintiff's motion to remand (Dkt 77) is granted, substantially for the reasons stated in the report and recommendation of the magistrate judge to which no persuasive objection has been filed. The Clerk shall close the case.

      SO ORDERED.

Dated:    August 11, 2025

                                        /s/ Lewis A. Kaplan
                                      _____
                                           Lewis A. Kaplan
                                       United States District Judge